# MEMORANDUM CASES.

[Civ. No. 2998. First Appellate District, Division One.—September 2, 1919.]

ROGERS BROTHERS COMPANY et al., Respondents, v. JOHN H. BECK et al., Appellants.

[1] STREET LAW—ACTION TO FORECLOSE LIEN—PLEADING—EVIDENCE. Judgment affirmed on the authority of *Rogers Brothers Co. et al. v. Beck et al., ante,* p. 110.

APPEAL from a judgment of the Superior Court of Imperial County. W. H. Thomas, Judge Presiding. Affirmed.

The facts are the same as those stated in *Rogers Brothers Co. et al. v. Beck et al., ante,* p. 110, [184 Pac. 515].

James E. O'Keefe and C. H. Van Winkle for Appellants.

Crouch & Crouch for Respondents.

THE COURT.—[1] On the authority of *Rogers Brothers Co. et al. v. Beck et al., ante,* p. 110, [184 Pac. 515], the judgment is affirmed.

---

[Civ. No. 2999. First Appellate District, Division One.—September 2, 1919.]

ROGERS BROTHERS COMPANY et al., Respondents, v. JOHN H. BECK, et al., Appellants.

[1] STREET LAW—ACTION TO FORECLOSE LIEN—PLEADING—EVIDENCE. Judgment affirmed on the authority of *Rogers Brothers Co. et al. v. Beck et al., ante,* p. 110.

APPEAL from a judgment of the Superior Court of Imperial County. W. H. Thomas, Judge Presiding. Affirmed.